An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

EXCELLENCE COMMUNITY MANAGEMENT, A LIMITED LIABILITY COMPANY; AND SUNRISE BAY OWNERS' ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,
Appellants,
vs.
LAMAR ANDERSON, AN INDIVIDUAL; AND MYRNA JONES, AN INDIVIDUAL,
Respondents.

No. 68599

FILED

NOV 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S.Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for voluntary dismissal of this appeal is granted.[1] This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:    Hon. Joseph Hardy, Jr., District Judge
       Boyack Orme & Taylor
       Law Office of Corey B. Beck, P.C.
       Eighth District Court Clerk

---

[1]The motion to withdraw as counsel for respondents filed by Corey B. Beck, Esq., of the law firm of Corey B. Beck, P.C., is hereby granted. NRAP 46(e)(3); SCR 46(20; RPC 1.16(b). Accordingly, we direct the clerk of this court to remove Corey B. Beck and the law firm of Corey B. Beck, P.C., as counsel of record for respondents.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33415